AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of MASSACHUSETTS

DIRECTV, Inc.

V.

John Gomes Jr.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03 - 12407 EFH**

TO: (Name and address of Defendant)

John Gomes Jr.
200 Plymouth Street
Carver, MA 02330

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    DEC 0 1 2003

 **Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

I hereby certify and return that on 3/9/2004 at 02:13 pm I served a true and attested copy of the summons, complaint, civil cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by delivering in hand to John Gomes, Jr. at , 200 Plymouth Street,  Carver, MA 02330. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($19.20) Total Charges $59.70

March 10, 2004

Deputy Sheriff Gregory S. Kamon

☐ Returned unexecuted: _____

_____

Deputy Sheriff

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server _____

Address of Server _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.