UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 12 P 3: 24

| | |
|---|---|
| **DIRECTV, INC.**<br>**Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOHN GOMES, Jr.**<br>**Defendant** | ) |

Case No. # 03CV12407EFH

U.S. DISTRICT COURT
DISTRICT OF MASS

### Motion for Extension of Time to Answer Plaintiff's Complaint

Now comes the Defendant, John Gomes, Jr., and Requests this Honorable Court extend the Defendants time to Answer the Plaintiff's Complaint, for sixty days from the granting of this Motion.

As reason for the Defendant's request is to allow the Parties to attempt to reach settlement on the matter.

Pursuant to Local Rule 7, the Parties have discussed this motion and the Plaintiff assents to it being granted.

Dated: June 21, 2004

Respectfully Submitted,

Robert J. Michaud, Esq.
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
978-376-8649
978-256-9893 (fax)
BBO#: 652283

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion for Extension of Time was served upon the Plaintiff's Counsel of record by first class mail to the offices of McLaughlin Sacks, LLC, 31 Trumbull Road, North Hampton, MA 01060 on this 21st day of June 2004.

Robert J. Michaud, Esq.