UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | Case No.: 03cv12407 EFH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTE APPEARANCE** |
| vs. | ) | |
| | ) | |
| **John Gomes, Jr.**, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for DIRECTV, Inc.
By It's Attorney,

9/9/04
Date

John M. McLaughlin (BBO: 556328)
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street, Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax: 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 9 day of Sept, 2004, a copy of the foregoing was sent via first class mail to:

Attorney Robert Michaud
360 Littleton Road
E-10
Chelmsford, MA 01824

_____
John M. McLaughlin, Esq.