

FILED
CLERK'S OFFICE

2004 NOV -5 A 11: 28

DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GOMES, JR.<br><br>Defendants. | No. 03cv12407EFH<br><br>STIPULATION AND ORDER OF DISMISSAL RE JOHN GOMES, JR. |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant John Gomes, Jr. pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant John Gomes, Jr., except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///

///

///

///

DATED: October ___, 2004.

Presented by: